## Ciaffoni, et ux. *v.* Peters Township.

Argued March 7, 1973, before President Judge BOW-MAN and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MENCER, ROGERS and BLATT.

*George K. Hanna,* for appellants.

*Roy F. Walters, Jr.,* with him *Brandt, McManus, Brandt & Malone,* for appellee.

OPINION PER CURIAM, March 26, 1973:

This is an appeal from a decision of the Court of Common Pleas of Washington County dismissing an appeal from the decision of the Board of Adjustment

of Peters Township denying an application for residential occupancy permits.

On the basis of a concise and articulate opinion of Judge CURRAN of the Court of Common Pleas of Washington County, as reported in 52 Wash. Co. Reps. 199 (1972), we affirm the order of the lower court.